

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00406-CV

**IN RE** Matthew **DUKE**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             H. Todd McCray, Justice

Delivered and Filed: November 12, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On June 26, 2025, relator filed this petition for writ of mandamus. The real party in interest has filed multiple responses and relator has filed multiple replies. After considering the petition, the record, and the filings of the parties, this court concludes that relator has not established that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020-CI-02375, styled *In the Matter of the Marriage of Matthew Duke and Christie Lynn Terrell and In the Interest of P.O.T., a Child*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.